[This decision has been published in *Ohio Official Reports* at 97 Ohio St.3d 244.]

THE STATE OF OHIO, APPELLANT, *v.* DIXON, APPELLEE.

[Cite as *State v. Dixon*, 2002-Ohio-6298.]

*Criminal law—Felonious assault—Jury instructions—Court of appeals' judgment reversed on authority of State v. Shane.*

(No. 2001-1772—Submitted October 16, 2002, at the Licking County Session— Decided December 4, 2002.)

APPEAL from the Court of Appeals for Franklin County, No. 01AP-22.

————————————

{¶1} The judgment of the court of appeals is reversed on the authority of *State v. Shane* (1992), 63 Ohio St.3d 630, 590 N.E.2d 272.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————

Ron O'Brien, Franklin County Prosecuting Attorney, and Joyce S. Anderson, Assistant Prosecuting Attorney, for appellant.

L. Leach Reibel, for appellee.

————————————

1